IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE DUBOSE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4560 |
| | : | |
| MORRISON HEALTHCARE | : | |

# ORDER

**AND NOW**, this 15th day of August 2024, upon considering the parties' letters (DI 29, 30) in response to our August 8, 2024 order (DI 28), it is **ORDERED** we **dismiss** this case with prejudice. The Clerk of Court shall **close** this case.

**MURPHY, J.**